IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN A. KING,
an Individual, and
EVERCORE CAPITAL
ADVISORS LLC, a
Florida Limited Liability
Company,

    Plaintiff,

v.

LUCID GLOBAL, INC.,
a Delaware Corporation and
LAWRENCE KIEY, DALE
PARK, JEFFREY HAZELTON &
RICHARD BROWNE,
Individuals

    Defendants.
_____/

CASE NO. 8:16-cv-2763-T-36JSS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

As the parties have entered into a settlement agreement with regard to this matter, pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiffs EverCore Capital Advisors, LLC and Steven A. King herein against defendants Lucid Global, Inc., Lawrence Kiey, Dale Park, Jeffrey Hazelton, and Richard Browne will be dismissed in their entirety with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| SHUMAKER, LOOP & KENDRICK, LLP | OGELTREE, DEAKINS, NASH |
| 240 S. Pineapple Avenue (34236) | SMOAK & STEWART, P.C. |
| P.O. Box 49948 | 100 North Tampa Street, Suite 3600 |
| Sarasota, Florida 34230-6948 | Tampa, Florida 33602 |
| (941) 366-6660 | (813) 289-1247 |
| (941) 366-3999 | (813) 289-6530 |

SLK_SAR:#396498v1

| | |
|---|---|
| Attorneys for Plaintiffs Steven A. King and EverCore Capital Advisors, LLC | Attorney *for Defendants* |
| By**:** */s/ Michael S. Taaffe*<br>    Michael S. Taaffe<br>    Florida Bar No. 490318<br>Email: mtaaffe@slk-law.com (Primary)<br>    mhayes@slk-law.com (Secondary) | By: */s/ Karen M. Morinelli*<br>    Karen M. Morinelli<br>    Florida Bar No. 818275<br>karen.morinelli@ogeltreedeakins.com<br>    Lara J. Peppard<br>    Florida Bar No. 0520055<br>lara.peppard@ogeltreedeakins.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Karen M. Morinelli, Esq.
Lara J. Peppard, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Karen.morinelli@ogletreedeakins.com
Lara.peppard@ogletreedeakins.com
grace.nichols@ogletreedeakins.com
TamDocketing@odnss.com

this 17th day of January, 2017.

By: */s/ Michael S. Taaffe*
Michael S. Taaffe
Florida Bar No. 490318
mtaaffe@slk-law.com (Primary E-Mail)

SLK_SAR:#396498v1