UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERCORE CAPITAL ADVISORS, LLC
and STEVEN A. KING,

    Plaintiffs,

v.                                          Case No: 8:16-cv-2763-T-36JSS

LUCID GLOBAL, INC., LAWRENCE
KIEY, DALE PARK, JEFFREY
HAZELTON and RICHARD BROWNE,

    Defendants.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 26). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 26).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 17, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record